UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Michael Lohse, <br><br>                    Plaintiff,<br>      v.<br><br>Monarch Recovery Management, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 2:16-cv-00076-JTM-PRC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 17, 2017

                                        Respectfully submitted,

                                        PLAINTIFF, Michael Lohse

                                        By:  /s/ Amy L. Cueller
                                            Amy L. Cueller, Esq.
                                            LEMBERG LAW, L.L.C.
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Lyndsay I. Ignasiak, Esq.
REMINGER CO., L.P.A.
450 E. 96th Street, Suite 150
Indianapolis, IN 46240

Danny Merril Newman Jr., Esq.
REMINGER CO., L.P.A.
One Professional Center, Suite 202
2100 North Main Street
Crown Point, IN 46307

David Hudson, Esq.
REMINGER CO., L.P.A.
One SeaGate, Suite 1600
Toledo, OH 43604
*Attorneys for Defendant*

                                                                    By */s/ Amy L. Cueller*_____
                                                                         Amy L. Cueller, Esq.