UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Michael Lohse, | : |
| | : |
| | : Civil Action No.: 2:16-cv-00076-JTM-PRC |
| Plaintiff, | : |
| v. | : |
| | : |
| Monarch Recovery Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Michael Lohse                                    Monarch Recovery Management, Inc.

   /s/ Amy L. Cueller                               /s/ Lyndsay I. Ignasiak

Amy L. Cueller, #15052-49                  Lyndsay I. Ignasiak, Esq.
LEMBERG LAW                                  REMINGER CO., L.P.A.
43 Danbury Road, 3rd Floor                 450 E. 96th Street, Suite 150
Wilton, CT 06897                                 Indianapolis, IN 46240
(203) 653-2250
Attorney for Plaintiff                             Danny Merril Newman Jr., Esq.
                                                            REMINGER CO., L.P.A.
                                                            One Professional Center, Suite 202
                                                            2100 North Main Street
                                                            Crown Point, IN 46307

                                                            David Hudson, Esq.
                                                            REMINGER CO., L.P.A.
                                                            One SeaGate, Suite 1600
                                                            Toledo, OH 43604
                                                            *Attorneys for Defendant*

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                   By  /s/ Amy L. Cueller
                                                                       Amy L. Cueller